# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  RICK W. PETERS & LATASHA D. PETERS           Case Number: 08-71281
724 IRVING AVENUE                SSN-xxx-xx-0677 & xxx-xx-4346
ROCKFORD, IL  61101

Case filed on:  4/28/2008
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,580.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BRIAN A. HART | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| 006 | ACCOUNT RECOVERY SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MIDLAND CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | PORTFOLIO RECOVERY ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | PROFESSIONAL CREDIT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ILSDU | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RICK W. PETERS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 15,366.11 | 3,000.00 | 0.00 | 0.00 |
| 002 | SANTANDER CONSUMER USA | 10,470.62 | 8,500.00 | 612.41 | 847.19 |
| 003 | LITTON LOAN SERVICING LP | 6,336.72 | 6,300.00 | 0.00 | 0.00 |
| 027 | RENT-A-CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 32,173.45 | 17,800.00 | 612.41 | 847.19 |
| 002 | SANTANDER CONSUMER USA | 0.00 | 1,970.62 | 0.00 | 0.00 |
| 005 | AAA COMMUNITY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AMERICAS RECOVERY NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,258.37 | 1,258.37 | 0.00 | 0.00 |
| 010 | AUBURN ANIMAL CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CBE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | EDFINANCIAL SERVICES | 21,344.19 | 21,344.19 | 0.00 | 0.00 |
| 014 | HSBC TAXPAYER FINANCIAL SERVICES | 1,089.00 | 1,089.00 | 0.00 | 0.00 |
| 015 | LASK ROOFING & SIDING | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ASSET ACCEPTANCE CORP | 915.73 | 915.73 | 0.00 | 0.00 |
| 021 | ACCOUNT RECOVERY SERVICES | 65.00 | 65.00 | 0.00 | 0.00 |
| 022 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | PORTFOLIO RECOVERY ASSOCIATES | 405.05 | 405.05 | 0.00 | 0.00 |
| 024 | ASSET ACCEPTANCE CORP | 185.25 | 185.25 | 0.00 | 0.00 |
| 025 | MUTUAL MANAGEMENT SERVICES | 522.03 | 522.03 | 0.00 | 0.00 |
| 026 | WORLD FINANCE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | PORTFOLIO RECOVERY ASSOCIATES | 686.39 | 686.39 | 0.00 | 0.00 |
| 029 | ASSET ACCEPTANCE CORP | 265.77 | 265.77 | 0.00 | 0.00 |
| 030 | TRIBE LAW OFFICE BARBARA TRIBE ATTORNEY | 721.60 | 721.60 | 0.00 | 0.00 |
|  | Total Unsecured | 27,458.38 | 29,429.00 | 0.00 | 0.00 |
|  | Grand Total: | 63,131.83 | 50,729.00 | 612.41 | 847.19 |

Total Paid Claimant:     $1,459.60
Trustee Allowance:       $120.40           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00          discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

                              /s/ Lydia S. Meyer
                              Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008                    By  /s/Heather M. Fagan